IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lamond Christopher Foster, Jr., | ) | Civil Action No.: 4:14-cv-4795-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Myrtle Beach Police Department, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Lamond Christopher Foster, Jr., a state prisoner proceeding *pro se*, filed this action

pursuant to 42 U.S.C. § 1983 against the above named Defendants on December 19, 2014.  *See*

Compl., ECF No. 1.  The matter is before the Court for review of the Report and Recommendation

of United States Magistrate Judge Kaymani D. West, made in accordance with 28 U.S.C. §

636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.[1]  *See* R & R, ECF No. 9.  In

the Report and Recommendation, the Magistrate Judge recommends the Court to dismiss the

complaint without prejudice and without service of process.  *See id.* at 6.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation

has no presumptive weight.  The responsibility to make a final determination remains with this

Court.  *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  The Court is charged with making a

*de novo* determination of those portions of the Report and Recommendation to which specific

objection is made, and the Court may accept, reject, or modify, in whole or in part, the

---

[1] The Magistrate Judge's review of Plaintiff's complaint was conducted pursuant to the screening provisions of 28 U.S.C. §§ 1915(e)(2) and 1915A.  The Court is mindful of its duty to liberally construe the pleadings of *pro se* litigants.  *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978); *but see Beaudett v. City of Hampton*, 775 F.2d 1274, 1278 (4th Cir. 1985).

recommendation of the Magistrate Judge or recommit the matter with instructions.  *See* 28 U.S.C. § 636(b)(1).

No party has filed objections to the Report and Recommendation.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendations.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).  The Court reviews only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.  **IT IS THEREFORE ORDERED** that the complaint is **DISMISSED** *without prejudice* and without service of process.

**IT IS SO ORDERED.**

      s/ R. Bryan Harwell
      R. Bryan Harwell
      United States District Judge

Florence, South Carolina
March 2, 2015